UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X

SEBASTIAN CABREJA, individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

MARCO & FAMILY TIRES AUTO MECHANIC LLC, MARCO PRENSA, and ZULAIKA HERRERA ALMONTE,

                      Defendants.
------------------------------------------------------------------------X

Civil Action No. 2:23-cv-00231

**CERTIFICATE OF SERVICE**

      I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows: that on the 12th day of November 2024, I served the within NOTICE OF MOTION FOR DEFAULT JUDGMENT, DECLARATION OF SEBASTIAN CABREJA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT, DECLARATION OF KATHERINE MORALES IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, EXHIBITS 1 THROUGH 8, and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT on the following, via the United States Postal Service within New York State by Priority mail and Email:

Marco & Family Tires Auto Mechanic LLC
Attn: Zulaika Herrera Almonte and Marco Prensa
1046 Garfield Avenue #114
Jersey City, New Jersey 07304

Marco Prensa
38 West 11th Street, 1st Floor
Bayonne, New Jersey 07002

Marco Prensa
168 Clinton Avenue
Jersey City, New Jersey 07304

Zulaika Herrera Almonte
76 West 53rd Street
Bayonne, New Jersey 07002
jeanmaicol1402@gmail.com

By: _____
     Diomicsa Hernandez