UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEBASTIAN CABREJA, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br>  v.<br><br>MARCO & FAMILY TIRES AUTO MECHANIC LLC,<br>MARCO PRENSA, and<br>ZULAIKA HERRERA ALMONTE,<br><br>       *Defendants*. | Civil Action No. 23-00231<br><br>**ORDER**<br><br>June 16, 2025 |

**SEMPER**, District Judge.

  This matter having come before the Court on Plaintiff Sebastian Cabreja's unopposed Motion for Default Judgment (ECF 45-49) against Defendants Marco & Family Tires Auto Mechanic LLC, Marco Prensa, and Zulaika Herrera Almonte pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions of Plaintiff, for the reasons stated in this Court's Opinion dated June 16, 2025,

  **IT IS** on this 16th day of June 2025,

1. **ORDERED** that Plaintiff's Motion for Default Judgment (ECF 45-49) is **GRANTED**.

2. **ORDERED** that Plaintiff shall recover from Defendants $175,700.46 in damages.

3. If no additional motions are filed, the case will be closed on June 19, 2025.

                  */s/ Jamel K. Semper*
                  **HON. JAMEL K. SEMPER**
                  **United States District Judge**

Orig: Clerk
cc:  Michael A. Hammer,
   U.S.M.J. Parties